IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER E. SHURR, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C. A. No: 04-379 (GMS) |
| ) | |
| THE CITY OF NEWARK, et al., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on this 1st. day of June, 2005, a true and correct copy of Plaintiff's Interrogatories Directed to Defendants, Plaintiff's Request for Production Directed to Defendants and Plaintiff's Request for Admissions Directed to Defendants were served on the following individual by first class mail:

> Daniel A. Griffith, Esquire
> Marshall, Dennehey, Warner, Coleman & Goggin
> 1220 N. Market Street, 5th Floor
> P.O. Box 130
> Wilmington, DE  19899

> /a/ William J. Rhodunda, Jr.
> WILLIAM J. RHODUNDA, JR. (No. 2774)
> Oberly, Jennings & Rhodunda, P.A.
> 800 Delaware Avenue, Suite 901
> P.O. Box 2054
> Wilmington, DE  19899
> Attorney for Plaintiff

DATED:  June 1, 2005