IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PETER E. SHURR, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No: 04-379 (GMS) |
| | ) | |
| THE CITY OF NEWARK, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the discovery deadline shall be extended to August 1, 2005 to permit the parties to complete the depositions tentatively scheduled for Tuesday, July 26, 2005 and Wednesday, July 27, 2005.

/s/ Daniel A. Griffith, Esquire
DANIEL A. GRIFFITH (#4209)
Marshall, Dennehey, Warner, Coleman
 & Goggin
1220 N. Market Street, 15th Floor
P.O. Box 130
Wilmington, DE  19899
Attorney for Defendants

/s/ William J. Rhodunda, Jr., Esquire
WILLIAM J. RHODUNDA, JR. (# 2774)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE  19899
Attorney for Plaintiff

**SO ORDERED** this ____ day of _____, 2005.

_____
**THE HONORABLE GREGORY M. SLEET**