## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Peter E. Shurr, III | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-379 |
| v. | : | |
| | : | |
| City of Newark, Gerald Conway, | : | |
| William Nefosky, Michael Szep, | : | **JURY TRIAL DEMANDED** |
| Jerry Dawson, Truman Bolden, | : | |
| Joseph Kendrick, Curtis E. Davis, | : | |
| John Degheto, Susan K Poley, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

To:   William Rhodunda, Jr., Esquire
      Oberly Jennings & Rhodunda, P.A.
      800 Delaware Avenue, Ste. 901
      P.O. Box 2054
      Wilmington, DE  19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Peter E. Shurr in the above-captioned matter on Tuesday, July 26, 2005 at 10:00 a.m. in the offices William Rhodunda, Jr., Esquire, Oberly Jennings & Rhodunda, P.A., 800 Delaware Avenue, Ste. 901, P.O. Box 2054, Wilmington, DE  19899 of the undersigned.

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

DATE:   June 30, 2005           BY:   /s/ *Daniel A. Griffith*
                                      DANIEL A. GRIFFITH, ESQUIRE  (No. 4209)
                                      1220 North Market Street, 5th Floor
                                      P.O. Box 8888
                                      Wilmington, DE 19899-8888
                                      (302) 552-4317
                                      Email: dgriffith@mdwcg.com

                                      *Attorney for Defendant,
                                      Delaware Administration for Regional Transit*

\15_A\LIAB\DAG\LLPG\293218\JVM\19180\01634

**CERTIFICATE OF SERVICE**

I, **DANIEL A. GRIFFITH**, hereby certify that on this __30th__ day __June__, 2005, caused two (2) copies of the foregoing **NOTICE OF DEPOSITION** to be served on counsel for the parties at the following address:

> William Rhodunda, Jr., Esquire
> Oberly Jennings & Rhodunda, P.A.
> 800 Delaware Avenue, Ste. 901
> P.O. Box 2054
> Wilmington, DE  19899

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

BY: /s/ *Daniel A. Griffith*
DANIEL A. GRIFFITH, ESQUIRE  (No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4317
Email: dgriffith@mdwcg.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed below two true and correct copies of the **NOTICE OF DEPOSITION** in the above-captioned matter this date by regular first-class mail to:

|  |  |
|---|---|
|  | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN** |
| DATE: __June____, 2005__ | BY: __/s/ *Daniel A. Griffith*__ |
|  | DANIEL A. GRIFFITH, ESQUIRE  (No. 4209) |
|  | 1220 North Market Street, 5th Floor |
|  | P.O. Box 8888 |
|  | Wilmington, DE 19899-8888 |
|  | (302) 552-4317 |
|  | Email: dgriffith@mdwcg.com |
|  | Attorney for Defendant, |
|  | Delaware Administration for Regional Transit |