IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER E. SHURR, III, | ) |
| Plaintiff, | ) |
| v. | ) C. A. No: 04-379 (GMS) |
| THE CITY OF NEWARK, et al., | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

### STIPULATION TO EXTEND DISCOVERY DEADLINE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the discovery deadline shall be extended to September 15, 2005 to permit the parties to complete the depositions that were unable to be scheduled for Tuesday, July 26, 2005 and Wednesday, July 27, 2005 due to the defendant police officers' work schedules and an emergency TRO hearing scheduled on Tuesday, July 26, 2005 in which plaintiff's attorney has to attend in the presence of Honorable Kent A. Jordan

_____  
DANIEL A. GRIFFITH (#4209)  
Marshall, Dennehey, Warner, Coleman  
& Goggin  
1220 N. Market Street, 15th Floor  
P.O. Box 130  
Wilmington, DE 19899  
Attorney for Defendants

_____  
WILLIAM J. RHODUNDA, JR. (# 2774)  
Oberly, Jennings & Rhodunda, P.A.  
800 Delaware Avenue, Suite 901  
P.O. Box 2054  
Wilmington, DE 19899  
Attorney for Plaintiff

**SO ORDERED** this ____ day of _____, 2005.

_____  
**THE HONORABLE GREGORY M. SLEET**