# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Peter E. Shurr, III | : | |
| Plaintiff, | : | |
| | : | C.A. No. 04-379 |
| v. | : | |
| | : | |
| City of Newark, Gerald Conway, | : | |
| William Nefosky, Michael Szep, | : | **JURY TRIAL DEMANDED** |
| Jerry Dawson, Truman Bolden, | : | |
| Joseph Kendrick, Curtis E. Davis, | : | |
| John Degheto, Susan K Poley, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

To:  William Rhodunda, Jr., Esquire
     Oberly Jennings & Rhodunda, P.A.
     800 Delaware Avenue, Ste. 901
     P.O. Box 2054
     Wilmington, DE  19899

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Peter E. Shurr in the above-captioned matter on Thursday, August 24, 2005 at 10:00 a.m. in the office of the undersigned.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

DATE:  August 2, 2005        BY:  /s/ *Daniel A. Griffith*
                             DANIEL A. GRIFFITH, ESQUIRE  (No. 4209)
                             1220 North Market Street, 5th Floor
                             P.O. Box 8888
                             Wilmington, DE 19899-8888
                             (302) 552-4317
                             Email: dgriffith@mdwcg.com

                             *Attorney for Defendants*

\15_A\LIAB\DAG\LLPG\298223\JVM\19180\01634

**CERTIFICATE OF SERVICE**

I, **DANIEL A. GRIFFITH**, hereby certify that on this __**2**__<sup>nd</sup> day **August**, 2005, caused two (2) copies of the foregoing **NOTICE OF DEPOSITION** to be served via electronic filing on counsel for the parties at the following address:

William Rhodunda, Jr., Esquire
Oberly Jennings & Rhodunda, P.A.
800 Delaware Avenue, Ste. 901
P.O. Box 2054
Wilmington, DE  19899

        **MARSHALL, DENNEHEY, WARNER,**
        **COLEMAN & GOGGIN**

BY: /s/ *Daniel A. Griffith*
        DANIEL A. GRIFFITH, ESQUIRE  (No. 4209)
        1220 North Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE 19899-8888
        (302) 552-4317
        Email: dgriffith@mdwcg.com