IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


PETER E. SHURR, III,                    )
                                        )
            Plaintiff,                  )
                                        )
      v.                                ) C. A. No:  04-379 (GMS)
                                        )
THE CITY OF NEWARK, et al.,             ) **JURY TRIAL DEMANDED**
                                        )
            Defendants.                 )


**NOTICE OF DEPOSITION**


TO:    Daniel A. Griffith, Esquire
       Marshall, Dennehey, Warner,
        Coleman & Goggin
       1220 North Market Street, 5th Floor
       P.O. Box 8888
       Wilmington, DE  19899-8888


      **PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of

Chief Gerald Conway in the above-captioned matter on Monday, August 22, 2005 at 9:00 a.m. at

the law office of Jennings & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE

19801.


                                        /s/ William J. Rhodunds, Jr.
                                        WILLIAM J. RHODUNDA, JR., (No. 2774)
                                        Oberly, Jennings & Rhodunda, P.A.
                                        800 Delaware Avenue, Suite 901
                                        P.O. Box 2054
                                        Wilmington, DE  19899
                                        Attorney for Plaintiff


DATE:  8/05/05