## **CERTIFICATE OF SERVICE**

I, William J. Rhodunda, Jr., Esquire, hereby certify that on this _____ day of _____, 2005 a true and correct copy of the foregoing Notice of Deposition was served on the following via electronic filing:

>Daniel A. Griffith, Esquire
>Marshall, Dennehey, Warner,
> Coleman & Goggin
>1220 N. Market Street, 5th Floor
>P.O. Box 130
>Wilmington, DE  19899

>/s/ William J. Rhodunda, Jr.
>WILLIAM J. RHODUNDA, JR. (No. 2774)