IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER E. SHURR, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No: 04-379 (GMS) |
| | ) |
| THE CITY OF NEWARK, et al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

TO:   Daniel A. Griffith, Esquire
      Marshall, Dennehey, Warner,
       Coleman & Goggin
      1220 North Market Street, 5th Floor
      P.O. Box 8888
      Wilmington, DE 19899-8888

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Cpt. William Nefosky in the above-captioned matter on Monday, August 22, 2005 at 10:00 a.m. at the law office of Jennings & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE 19801.

/s/ William J. Rhodunda, Jr.
WILLIAM J. RHODUNDA, JR., (No. 2774)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899
Attorney for Plaintiff

DATE: 8/05/05

Case 1:04-cv-00379-GMS    Document 29    Filed 08/05/2005    Page 2 of 2