## **CERTIFICATE OF SERVICE**

I, William J. Rhodunda, Jr., Esquire, hereby certify that on this _____ day of _____, 2005 a true and correct copy of the foregoing Notice of Deposition was served on the following via electronic filing:

> Daniel A. Griffith, Esquire
> Marshall, Dennehey, Warner,
>  Coleman & Goggin
> 1220 N. Market Street, 5th Floor
> P.O. Box 130
> Wilmington, DE  19899

/s/ William J. Rhodunda, Jr.
WILLIAM J. RHODUNDA, JR. (No. 2774)