IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PETER E. SHURR, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No:  04-379 (GMS) |
| | ) | |
| THE CITY OF NEWARK, et al., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

TO:    Daniel A. Griffith, Esquire
       Marshall, Dennehey, Warner,
        Coleman & Goggin
       1220 North Market Street, 5th Floor
       P.O. Box 8888
       Wilmington, DE  19899-8888

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Cpl. Jerry Dawson in the above-captioned matter on Monday, August 22, 2005 at 3:00 p.m. at the law office of Jennings & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE 19801.

/s/ William J. Rhodunda, Jr.
WILLIAM J. RHODUNDA, JR., (No. 2774)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE  19899
Attorney for Plaintiff

DATE:  8/05/05