IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER E. SHURR, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No: 04-379 (GMS) |
| | ) |
| THE CITY OF NEWARK, et al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION**

TO:  Daniel A. Griffith, Esquire
　　　Marshall, Dennehey, Warner,
　　　　Coleman & Goggin
　　　1220 North Market Street, 5th Floor
　　　P.O. Box 8888
　　　Wilmington, DE 19899-8888

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Cpl. Farrall in the above-captioned matter on Tuesday, August 23, 2005 at 9:00 a.m. at the law office of Jennings & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE 19801.

　　　　　　　　　　　　　　　　　　　　/s/ William J. Rhodunda, Jr.
　　　　　　　　　　　　　　　　　　　　WILLIAM J. RHODUNDA, JR., (No. 2774)
　　　　　　　　　　　　　　　　　　　　Oberly, Jennings & Rhodunda, P.A.
　　　　　　　　　　　　　　　　　　　　800 Delaware Avenue, Suite 901
　　　　　　　　　　　　　　　　　　　　P.O. Box 2054
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATE: 8/05/05