IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PETER E. SHURR, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No: 04-379 (GMS) |
| | ) |
| THE CITY OF NEWARK, et al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

### NOTICE OF DEPOSITION

TO:   Daniel A. Griffith, Esquire
       Marshall, Dennehey, Warner,
         Coleman & Goggin
       1220 North Market Street, 5th Floor
       P.O. Box 8888
       Wilmington, DE 19899-8888

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Officer Susan K. Poley in the above-captioned matter on Tuesday, August 23, 2005 at 12:00 noon at the law office of Jennings & Rhodunda, P.A., 800 Delaware Avenue, Suite 901, Wilmington, DE 19801.

/s/ William J. Rhodunda, Jr.
WILLIAM J. RHODUNDA, JR., (No. 2774)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899
Attorney for Plaintiff

DATE: 08/05/05