## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

February 1, 2006

TO:     COUNSEL

RE:     Shurr v. City of Newark, et al.
        Civil Action No. 04-379 GMS

Dear Counsel:

    Please submit a jointly prepared status report or a stipulation of dismissal regarding the above-referenced case, via electronic case filing, by February 15, 2006.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager