IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Peter E. Shurr, III | : |
| Plaintiff, | : |
| | : C.A. No. 04-379 |
| v. | : |
| | : |
| City of Newark, Gerald Conway, | : |
| William Nefosky, Michael Szep, | : **JURY TRIAL DEMANDED** |
| Jerry Dawson, Truman Bolden, | : |
| Joseph Kendrick, Curtis E. Davis, | : |
| John Degheto, Susan K Poley, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

COME NOW, the parties to this litigation, by and through their respective counsel, who agree and stipulate that the above-captioned matter is hereby dismissed, with prejudice, with ordinary Court costs to be born by each side.

| | |
|---|---|
| OBERLY JENNINGS & RHODUNDA, P.A. | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| BY: _____ | BY: _____ |
| WILLIAM RHODUNDA, JR., ESQ. | DANIEL A. GRIFFITH, ESQ. |
| 800 Delaware Avenue, Ste. 901 | 1220 North Market Street |
| P.O. Box 2054 | P.O. Box 8888 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Attorney for Plaintiffs | (302)552-4317 |
| | Attorney for Defendants |

Dated:

\15_A\LIAB\AJDUERR\LLPG\329424\AJDUERR\19180\01634